# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUQMAN SHABAZZ (#29258)** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 16-239-JWD-EWD** |
| **DARRELL VANNOY, WARDEN, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 20, 2019, to which an objection (Doc. 12) was filed;

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is DENIED as untimely and that this proceeding is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that if Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>September 10, 2019</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**